## UNITED STATES of America, Plaintiff—Appellee,

### v.

## Glenn EMBRY, Defendant—Appellant.

### No. 08–1693.

United States Court of Appeals, Eighth Circuit.

Submitted: April 17, 2008.

Filed: May 7, 2008.

Kyra E. Jenner, Assistant U.S. Attorney, Mark W. Webb, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Plaintiff–Appellee.

Glenn Embry, Forrest City, AR, pro se.

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

PER CURIAM.

Glenn Embry appeals the district court's[1] denial of his motion for a reduction of his 120 month sentence for possession of crack cocaine with intent to distribute pursuant to 18 U.S.C. § 3582(c)(2). Embry's motion for a sentence reduction was based on Amendment 706 to the United States Sentencing Guidelines (U.S.S.G.) for crack cocaine which has been made retroactive under U.S.S.G. § 1B1.10, but because Embry was sentenced as a career offender under U.S.S.G. § 4B1.1 he is not eligible for a reduction under U.S.S.G. § 1B1.10 and 18 U.S.C. § 3582(c). *See United States v. Tingle*, 524 F.3d 839 (8th Cir.2008) (per curiam). Accordingly, we summarily affirm the order of the district court. *See* 8th Cir. R. 47(A)(a).

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.